IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: HENRY PHILLIP ADAMS             CHAPTER 13
       DARLENE ELIZABETH ADAMS        CASE NO.  23-51191-KMS

TRANSMITTAL OF FUNDS TO COURT REGISTRY

Comes now the undersigned trustee and states as follows:

Following case closure, funds were returned to the Trustee.

Pursuant to F.R.B.P. 3011 the name, address and amount due each creditor which may be entitled to be paid from the funds is as follows:

| CREDITOR | AMOUNT |
|---|---|
| HENRY & DARLENE ADAMS | $2.47 |

ADDRESS OF CREDITOR
210 ROYAL DR
LONG BEACH, MS  39560

I hereby certify that a true copy of the above transmittal has been mailed to the debtor(s), the attorney for the debtor(s), and to each of the creditor(s) listed above.

Date:   JULY 28, 2025

Signed:   /s/ Warren A. Cuntz, Jr.   ,
         Chapter 13 Standing Trustee
         Warren A. Cuntz, Jr.