Generated: Aug 1, 2025 12:55PM     Page 1/1



# U.S. Bankruptcy Court

## Mississippi Southern Bankruptcy - Jackson

Receipt Date: Aug 1, 2025 12:55PM

Warren A. Cuntz, Jr., Chapter 13 Trustee

Rcpt. No: 30000849     Trans. Date: Aug 1, 2025 12:55PM     Cashier ID: #DCSs (3665)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| UC | UNCLAIMED FUNDS | 23-51191-KMS | 1 | 2.47 | 2.47 |
| UC | UNCLAIMED FUNDS | 24-50733-KMS | 1 | 3.87 | 3.87 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | CHECK | #746977 | 08/1/2025 | | $6.34 |

Total Due Prior to Payment: $6.34
Total Tendered: $6.34
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Debtor:** Henry Phillip Adams and Darlene Elizabeth Adams

**Debtor:** Rebecca Virginia Buckhalter

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

GULFPORT MS 395
30 JUL 2025 AM 1L

US POSTAGE :PITNEY BOWES
ZIP 39503
02 7H $ 000.74⁰
0006216384 JUL 28 2025

US Bankruptcy Court
Southern District of Mississippi
RECEIVED
AUG - 1 2025
Danny L. Miller, Clerk of Court
By: _____ Deputy Clerk

RETURN SERVICE REQUESTED

39201-502825